| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Virginia Kinney, § § § Plaintiff, § § versus § Civil Action H-08-860 § § Aker Kvaerner Inc., *et al.*, § § Defendants. §

## Agreed Partial Judgment

1. The parties have agreed (28) that Virginia Kinney recovers $5,662.42 from Aker Kvaerner, Inc., and Aker Kvaerner Strategic Operations, Inc., for her unpaid overtime and liquidated damages under the Fair Labor Standards Act.

2. Virginia Kinney's other claims under the act are dismissed except her moving for attorney's fees.

Signed on June 26, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge