FEE DISPUTE NO. 2008-09-006

| | | |
|---|---|---|
| AJAY CHOUDHARY AND<br>COANE & ASSOCIATES | §<br>§<br>§ | ARBITRATION CONDUCTED BY |
| V. | §<br>§ | THE HOUSTON BAR ASSOCIATION |
| VIRGINIA KINNEY | § | FEE DISPUTE COMMITTEE |

## AWARD IN ARBITRATION

The following Award is issued pursuant to the Rules adopted by the Houston Bar Association ("HBA") Fee Dispute Committee ("Rules").

## I.
## INTRODUCTION

The parties to this Arbitration Proceeding signed an agreement under the auspices of the HBA to participate in this Proceeding, and to be bound by the decision of the Panel convened to conduct this Proceeding, in accordance with Section 6 of the Rules.

The Panel (comprised of two attorneys and one lay person) was duly appointed by the Fee Dispute Committee in accordance with Section 3.02 of the Rules. Notice of a hearing in accordance with Section 6.03 of the Rules was properly and timely sent to the parties on a date previously agreed to by both parties.

The Panel convened on Thursday, April 9, 2009, to conduct the Hearing on this dispute, in accordance with Section 6 of the Rules. Mr. Ajay Choudhary was present on his own behalf and on behalf of Coane & Associates. Virginia Kinney appeared on her own behalf.

The parties were advised that the panel had jurisdiction to determine the fee dispute between the parties only. Each party acknowledged this limitation to the Panel's authority.

Evidence and arguments were heard by the Panel. The following is the ruling of the Panel,

1

submitted in accordance with Section 7 of the Rules.

## II.
## AWARD

The Panel has considered the credible evidence presented by the parties and concludes that the following should be the Award of the Panel:

1. Ajay Choudhary and Coane & Associates are awarded the amount of $5,371.15 to be paid by Virginia Kinney within thirty (30) days of the date of this decision.

2. Should the full amount awarded in Paragraph 1 not be paid within thirty (30) days, then interest accrues from the date of this decision at the rate of ten percent (10%) per annum on any unpaid balance.

3. Only the matters expressly referenced in this Award have been decided by the Panel.

SIGNED this the 9th day of April, 2009.

By: _____
Robert M. Browning
Panel Chair

By: _____
Ronald Wardell

By: _____
David Billings

2