| United States District Court | Southern District of Texas |
|---|---|

Virginia Kinney, §
§
    Plaintiff, §
§
versus §    Civil Action H-08-860
§
Aker Kvaerner, Inc., et al., §
§
    Defendants. §

## Final Judgment

1. Virginia Kinney will take nothing from Aker Kvaerner, Inc., or Aker Kvaerner Strategic Operations, Inc.

2. Virginia Kinney recovers $1,250.00 from Aker Kvaerner, Inc., and Aker Kvaerner Strategic Operations, Inc., jointly and severally for attorney fees arising out of her wage-and-hour claim.

Signed on November 11, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge